IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 3:18-CR-30157-NJR-3 |
| NEHEMIAS RODRIGUEZ, | |
| Defendant. | |

## ORDER REDUCING SENTENCE

**ROSENSTENGEL, Chief Judge:**

Now before the Court is Defendant Nehemias Rodriguez's Motion for Sentence Reduction (Doc. 168) pursuant to 18 U.S.C. § 3582(c) and the United States Sentencing Guidelines Manual § 1B1.10, making Amendment 821 retroactive. Rodriguez seeks a reduction in sentence from 77 months' imprisonment to time served (69 months) as his current projected release date is February 2, 2024. The Government does not oppose the motion. (Doc. 169).

In Part A of Amendment 821, the Sentencing Commission altered the "status points" provision regarding criminal history, which now appears in U.S.S.G. § 4A1.1(e). Under the amended provision, a defendant who has 7 or more criminal history points and who committed the offense of conviction while under any criminal justice sentence receives 1 status point. A defendant who has 6 or less criminal history points and who committed the offense of conviction while under any criminal justice sentence receives no status points. The changes apply retroactively, though a court may not order the

release of a defendant to occur before February 1, 2024. *See* § 1B1.10(e)(2) (Nov. 1, 2023).

Under Part A of Amendment 821, Rodriguez would receive zero status points, not two, reducing his criminal history category and resulting in a lower advisory guideline range. Rodriguez's current sentence is 77 months with a projected release date of February 2, 2024. Ultimately, Rodriguez would be released one day early and immediately begin his term of supervised release. As such, Rodriguez asserts that a reduction to time served (69 months) is appropriate.

The Court agrees. Upon consideration of Rodriguez's motion under 18 U.S.C. § 3582(c)(2) for a reduction of sentence pursuant to Part A of Amendment 821 to the Sentencing Guidelines, and considering the policy statement set forth at U.S.S.G. § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), the Court **GRANTS** Rodriguez's motion (Doc. 168) and **ORDERS** that his sentence be reduced to a term of **time served**. All other terms of the judgment in this case shall remain unchanged. This Order shall take effect on **February 1, 2024.**

**IT IS SO ORDERED.**

DATED:  January 10, 2024

_____
**NANCY J. ROSENSTENGEL**
**Chief U.S. District Judge**